*E-Filed: September 4, 2014*

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| TAM THI DUY LE,<br><br>　　　　Plaintiff,<br>　v.<br><br>OCWEN LOAN SERVICING, LLC; et al.,<br><br>　　　　Defendants.<br>_____/ | No. C14-03169 HRL<br><br>**ORDER THAT CASE BE REASSIGNED TO A DISTRICT JUDGE** |

On August 4, 2014, Defendants Ocwen Loan Servicing, LLC, and Sage Point Lender Services, LLC, each moved to dismiss Plaintiff's complaint. Pursuant to Civil Local Rule 73-1, all parties were required to file, no later than September 1, 2014, either (1) a Consent to Proceed Before a United States Magistrate Judge or (2) a Declination to Proceed Before a Magistrate Judge and Request for Reassignment to a United States District Judge. Despite reminders from the court, not all parties have done so. Accordingly, IT IS ORDERED THAT the Clerk of the Court shall reassign this case to a District Judge. *See* 28 U.S.C. § 636; Civ. L.R. 73-1. All current dates and deadlines are VACATED.

**IT IS SO ORDERED.**

Dated: September 4, 2014

_____
HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

**C14-03169 HRL Order will be electronically mailed to:**

Charles Scott Greene     scott.greene@bryancave.com

Christian Crutchfield Chapman     cchapman@amslca.com, ahernandez@amslca.com

Daniel Alejandro Valenzuela     dvalenzuela@amslca.com

Goli Mahdavi     goli.mahdavi@bryancave.com, grace.wayte@bryancave.com, scott.greene@bryancave.com

**C14-03169 HRL Notice will be mailed to:**

Tam Thi Duy Le
4628 Hill Top View Lane
San Jose, CA 95138

**Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program.**