United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| TAM THI DUY LE,<br><br>　　　　　Plaintiff,<br>　　v.<br><br>OCWEN LOAN SERVICING, LLC, AND SAGE POINT LENDER SERVICES, LLC AND all persons unknown, claiming any legal or equitable right, title, estate, lien, or interest in the property described in the complaint adverse to Plaintiffs' title or any cloud of Plaintiffs' title thereto,<br><br>　　　　　Defendants. | Case No.: 14-CV-03169-LHK<br><br>ORDER GRANTING MOTION FOR VOLUNTARY DISMISSAL |

The Court grants Plaintiff's motion for voluntary dismissal of this case. The Clerk shall close the case file.

**IT IS SO ORDERED.**

Dated: September 5, 2014

_____
LUCY H. KOH
United States District Judge